IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:20-CR-12(2) |
| | § | |
| PRENTIS LEEWOOD DELANEY | § | |

**FINAL ORDER OF FORFEITURE**

On June 19, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 17, 2020, and ending on July 16, 2020, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

It appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's preliminary order of forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture is GRANTED.  It is further ORDERED:

1. That the right, title and interest to all of the hereinafter described property of the defendant named is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

**Firearms/Ammunition:**

Any and all firearms, ammunition and accessories seized from the defendant, including, but not limited to, the following:

(a) One (1) F.M. Products, Model FM-98, 9mm pistol, SN: FMB02724;
(b) One (1) Santan Tactical STT-15 .223 caliber rifle, SN: 00354; and
(c) One (1) FNH USA 5.7 x 28 caliber pistol, SN: 386213112.

2. The claims and interests of any other persons or parties are forever foreclosed and barred. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

SIGNED at Beaumont, Texas, this 5th day of October, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE